IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CINCO CLA PARTNERS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-2826 |
| | § | |
| CHILDREN'S LEARNING ADVENTURE | § | |
| USA, LLC, RICHARD SODJA, | § | |
| AND MOLLY SODJA, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 30) dated January 29, 2020,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** this 21st day of February, 2020, in Houston, Texas.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.